■ RICHARD YAO, Appellant, v JOHN BULT, Respondent. [666 NYS2d 159] —Order, Supreme Court, New York County (Herman Cahn, J.), entered on or about September 11, 1996, which, in an action for breach of contract, *inter alia*, granted defendant's motion to dismiss the complaint for failure to state a cause of action, imposed a $10,000 sanction against plaintiff, and denied plaintiff's cross motion for permission to amend the complaint, unanimously affirmed, with costs.

The complaint was properly dismissed as alleging an extortionate contract (*see, Stone v Freeman*, 298 NY 268; *People v Dioguardi*, 8 NY2d 260). We would add that the alleged contract is also unenforceable because incapable of complete performance before the end of a lifetime (General Obligations Law § 5-701 [a] [1]). The sanction was properly imposed upon a finding that the action was "undertaken primarily * * * to harass or maliciously injure another" (22 NYCRR 130-1.1 [c] [2]). We have considered plaintiff's other contentions and find them to be without merit. Concur—Milonas, J. P., Ellerin, Nardelli and Colabella, JJ.